```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MICK RADIO-NUCLEAR INSTRUMENTS, INC.,  :

                Plaintiff,             :
                                                   05 Civ. 7228 (BSJ) (AJP)
        -against-                      :
                                                   ORDER OF DISMISSAL ON CONSENT
WORLDWIDE MEDICAL TECHNOLOGIES,        :
L.L.C., ADVANCED CARE TECHNOLOGIES,
INC. & BRACHYSCIENCES,                 :

                Defendants.            :

------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/06

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. The March 24, 2006 conference is cancelled.

SO ORDERED.

DATED:   New York, New York
         March 23, 2006

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:   Brad M. Behar, Esq.
                              Carrie A. Hanlon, Esq.
                              Judge Barbara S. Jones



Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, Connecticut
06911-0325
www.wiggin.com

Carrie A. Hanlon
203.363.7633
203.363.7676 fax
chanlon@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

VIA FACSIMILE AND U.S. MAIL

March 23, 2006

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007-1312

Re: *Mick Radio-Nuclear Instruments, Inc. v. Worldwide Medical Technologies, Inc. et al.*,
05 CIV 7228 (BSJ) (AJP)

Dear Judge Peck:

We represent Defendants in the above-referenced action and, together with counsel for Plaintiff, write on behalf of the parties to inform the Court that the parties have reached a settlement. Specifically, the parties have executed a written Settlement Agreement effective today. As required under the terms of the Settlement Agreement, Plaintiff will file a dismissal of the above-referenced action within five (5) business days.

In light of the foregoing, we respectfully request that tomorrow's status conference be taken off the calendar.

Thank you for your consideration.

Yours very truly,

Carrie A. Hanlon

cc:　　Brad M. Behar, Esq., Counsel for Plaintiff (via fax)

*New Haven　Stamford　New York　Hartford　Philadelphia*